UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE, and<br>U.S. FOREST SERVICE,<br><br>*Federal Defendants*. | Case No. 4:13-cv-176-BLW |

**ORDER**

Pursuant to Federal Defendants' Unopposed Motion for an Extension of Time, and for good cause shown, it is **HEREBY ORDERED** that Federal Defendants' response or answer to the Complaint is due July 15, 2013.

DATED: June 13, 2013

B. Lynn Winmill
Chief Judge
United States District Court