UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE and<br>U.S. FOREST SERVICE,<br><br>*Federal Defendants,*<br><br>ROCKY ROSS and CAROL ROSS, and<br>DONALD PHILLIPS and BILLIE PHILLIPS,<br><br>*Intervenor-Defendants.* | Case No. 4:13-cv-176-BLW<br><br>**ORDER** |

Pursuant to the joint stipulation between the Plaintiff and Federal Defendants regarding costs and fees in this matter,

NOW THEREFORE IT IS HEREBY ORDERED, that the Stipulation (docket no. 142) is APPROVED and adopted by the Court.

DATED: July 22, 2015

_____
B. Lynn Winmill

Chief Judge

United States District Court

1